*#760577*  *#129407*
*760577*

**FILED**

2011 APR -5 PM 3:47

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:             *        CASE # 05-72784 S
                    CHAPTER 13
            *
Joseph, Gregory Jay & Debra Lee
Debtor             *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 728740 | Medi-Lab, Inc.<br>c/o Patient Finance Services<br>855 W. Market St.<br>Lima, OH 45801 | 14.89 | 11/30/10 |

2. Your trustee's check #760577 for a total of $14.89 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 03/29/11

John P. Gustafson
Trustee in Bankruptcy

05-72784-rls    Doc 55    FILED 04/05/11    ENTERED 04/05/11 15:57:06    Page 1 of 1